474

Kitty Kelly Market Street Philadelphia
Corporation, Appellant, *v.* Barsky.

Argued December 16, 1958. Before RHODES, P. J.,
GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS,
JJ. (HIRT, J., absent).

*Allen J. Levin,* with him *Samuel D. Goodis,* and *Folz, Bard, Kamsler, Goodis & Greenfield,* for appellant.

*Frank H. Gelman,* for appellee.

OPINION BY ERVIN, J., March 18, 1959:

The order of the court below is affirmed on the opinion of Judge JOHN A. BOYLE, as reported in 16 Pa. D. & C. 2d 293.